1  Jeffrey S. Gerardo #146508
   Steven M. Dailey #163857
2  KUTAK ROCK LLP         **JS-6**
   5 Park Plaza, Suite 1500
3  Irvine, CA  92612-1077
   Telephone:  (949) 417-0999
4  Facsimile:  (949) 417-5394
   Email:      jeffrey.gerardo@kutakrock.com
5  Email:      steven.dailey@kutakrock.com

6  Attorneys for Defendants WELLS FARGO BANK, NA.,
   SUCCESSOR BY MERGER TO WELLS FARGO
7  HOME MORTGAGE [erroneously sued as "WELLS
   FARGO HOME MORTGAGE" and "WELLS FARGO
8  BANK NATIONAL ASSOCIATION"], US BANK
   NATIONAL ASSOCIATION, AS TRUSTEE,
9  SUCCESSOR IN INTEREST TO WACHOVIA BANK,
   NATIONAL ASSOCIATION AS TRUSTEE FOR
10 WELLS FARGO ASSET SECURITIES
   CORPORATION, MORTGAGE PASS-THROUGH
11 CERTIFICATES, SERIES 2004-M [erroneously sued as
   "WELLS FARGO MORTGAGE BACKED SECURITIES
12 2004 M TRUST," "USB BANK NATIONAL
   ASSOCIATION," AND "US BANK NATIONAL
13 ASSOCIATIONS AS TRUSTEE COMPANY,
   SUCCESSOR IN INTEREST TO WACHOVIA BANK
14 NATIONAL ASSOCIATION AS TRUSTEE FOR
   WELLS FARGO ASSET SECURITIES
15 CORPORATION, MORTGAGE PASS THROUGH
   CERTIFICATES SERIES 2004 M BY WELLS FARGO
16 AS SERVICING AGENT"] and AMERICAN
   SECURITIES COMPANY

17

18              **UNITED STATES DISTRICT COURT**

19           **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

20

| | |
|---|---|
| SUSAN EVON, | Case No.  2:13-cv-05988-R (JCx) |
| Plaintiff, | Assigned to: |
| v. | District Judge Manuel L. Real<br>Courtroom:  8 |
| WELLS FARGO HOME MORTGAGE; WELLS FARGO BANK NATIONAL ASSOCIATION; WELLS FARGO MORTGAGE BACKED SECURITIES 2004 M TRUST; FIDELITY NATIONAL TITLE INSURANCE COMPANY; FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, LLC; NBS | Assigned Discovery:<br>Magistrate Judge Jacqueline Chooljian<br><br>**JUDGMENT**<br><br>Date Filed:       August 15, 2013 |

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4831-4735-8486.1

[PROPOSED] JUDGMENT

| | |
|---|---|
| 1 | DEFAULT SERVICES, LLC; USB BANK NATIONAL ASSOCIATION; AMERICAN SECURITIES COMPANY; US BANK NATIONAL ASSOCIATION AS TRUSTEE COMPANY, SUCCESSOR IN INTEREST TO WACHOVIA BANK NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS THROUGH CERTIFICATES SERIES 2004 M BY WELLS FARGO AS SERVICING AGENT, |
| | Defendants. |

On October 28, 2013, the Court granted WELLS FARGO BANK, NA., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE's, US BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-M's, and AMERICAN SECURITIES COMPANY's [collectively, "Lender Defendants'"] Motion to Dismiss Plaintiff SUSAN EVON's Complaint and FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC f/k/a FIRST AMERICAN LOAN STAR TRUSTEE SERVICES, LLC's [FIRST AMERICAN's"] Joinder in Lender Defendants' Motion to Dismiss.

Therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action be, and hereby is Dismissed, with prejudice, as to Lender Defendants and FIRST AMERICAN, and that a Judgment of Dismissal be entered in favor of Lender Defendants and FIRST AMERICAN, and each of them, and

///

///

///

against Plaintiff.  Based on said judgment, Plaintiff shall take nothing by way of the Complaint against Lender Defendants or FIRST AMERICAN.  The case is further dismissed, for the same reasons, as to all named defendants.

DATED:  Nov. 1, 2013
_____     JUDGE OF THE U.S. DISTRICT COURT

_____
Hon. Manuel L. Real

Respectfully submitted:

Kutak Rock LLP


By: _____
Jeffrey S. Gerardo
Steven M. Dailey
Attorneys for Defendants,
WELLS FARGO BANK, NA., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, US BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-M, and AMERICAN SECURITIES COMPANY WELLS FARGO BANK, N.A.